# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 16, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

Rehearing No. 536

3 January 2007

131041

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant/Cross-Appellee,

v

COREY RAMONE FRAZIER,
    Defendant-Appellee/Cross-Appellant.

_____

SC: 131041
COA: 256986
Genesee CC: 95-052613-FC

In this cause, a motion for rehearing is considered and it is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 16, 2007

_____
Clerk